DANIEL G. BOGDEN
United States Attorney
District of Nevada

C. HAY-MIE CHO
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94596
Telephone No.: (415) 268-5610
Facsimile No.: (415) 744-0134
Email Address: haymie.cho@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVE E. CHAPPELL<br>    Plaintiff,<br><br>            v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-01940-APG-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm, due on December 19, 2016 by 30 days, through and including January 18, 2016.

An extension of time is needed in order to prepare Defendant's Cross-Motion to Affirm because the undersigned attorney has only recently been cleared as a Special Assistant United States Attorney, and supervisory attorneys must review the Commissioner's brief prior to filing. The undersigned currently has 25 pending District Court and Circuit Court cases that are in various stages of litigation, handles

employment and privacy matters for the agency, and is scheduled to be on vacation from December 19, 2016 through December 27, 2016.  Counsel assigned to review the Commissioner's brief currently has 45 District and Circuit Court cases that are in various stages of litigation, three of which require imminent briefing, and additionally handles bankruptcy and other litigation matters for the agency.   This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on December 7, 2016.

Respectfully submitted this 9th day of December, 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ C. Hay-Mie Cho*
C. HAY-MIE CHO
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: 1-10-2017

# CERTIFICATE OF SERVICE

I, **C. Hay-Mie Cho,** certify that the following individuals were served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Cyrus.Safa@rohlfinglaw.com

Leonard Stone
Shooke & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
LMoreno@shookandstone.com

Dated this 9th day of December, 2016.

*/s/ C. Hay-Mie Cho*
**C. HAY-MIE CHO**
Special Assistant United States Attorney